# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| EDUARDO ALGUERA, | No. C 11-4693 MEJ |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |
| v. | |
| US BANK, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's in forma pauperis application. Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to magistrate judge jurisdiction. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by October 10, 2011.

**IT IS SO ORDERED.**

Dated: September 26, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDUARDO ALGUERA                                         No. C 11-04693 MEJ

        Plaintiff(s),

vs.

US BANK

        Defendant(s).

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____           Signed by:_____

                                                           Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____           Signed by:_____

                                                           Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ALGUERA | Case Number: 11-04693 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| US BANK | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eduardo Alguera
3827 Kauai Drive
San Jose, CA 95111


Dated: September 26, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3