# UNITED STATES  DISTRICT COURT

## Northern District of California

EDUARDO ALGUERA,                                No. C 11-4693 MEJ

               Plaintiff,      **ORDER RE: PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

   v.

US BANK, et al.,

              Defendants.
_____/

      Pending before the Court is Plaintiff's in forma pauperis application, filed on September 21, 2011.  Dkt. No. 2.  In his application, Plaintiff declares under penalty of perjury that he has no source of income and that he does not receive any type of federal or state welfare or social security payments.  However, he also declares that he has $765 in monthly expenses.  Plaintiff states that $600 of his monthly expenses are applied to rent, yet he also states that he owns a home with an estimated market value of $236,000 and a mortgage in the amount of $6,300.  As Plaintiff's financial situation is unclear from his application, the Court ORDERS Plaintiff Eduardo Alguera to file a explanatory declaration by October 10, 2011.  In his declaration, Plaintiff shall address the following:

1)    What source of income is used to pay the $765 in monthly expenses?  If the expenses are paid from any type of savings and/or investments, what is the total value of those savings and/or investments?  If the expenses are paid by another person, what is Plaintiff's relationship to that person?

2)    Does Plaintiff own or rent the home in which he lives?

3)    Plaintiff owns a home with an estimated market value of $236,000 and a mortgage in the amount of $6,300.  Is the $6,300 figure the monthly payment owed or the total amount of the mortgage?  If it is the total, what is the monthly payment and who pays it?

**IT IS SO ORDERED.**

Dated: September 26, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EDUARDO ALGUERA

        Plaintiff,

  v.

US BANK

        Defendant.

_____/

Case Number: 11-04693 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eduardo Alguera
3827 Kauai Drive
San Jose, CA 95111

Dated: September 26, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk