IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ALGUERA,<br><br>      Plaintiff,<br><br>  v.<br><br>US BANK, et al.<br><br>      Defendants. | No. C 11-4693 MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**; **DISMISSING ACTION** |

    Before the Court is the Report and Recommendation of Magistrate Judge Maria-Elena James, filed October 31, 2011, recommending dismissal of the above-titled action for failure to prosecute. This Court, having read and considered the Report and Recommendation, as well as the entirety of the file, and having reviewed the matter de novo, hereby ADOPTS in full the reasoning and findings made in the Report and Recommendation.

    Accordingly, the above-titled action is hereby DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 28, 2011

MAXINE M. CHESNEY
United States District Judge