IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDUARDO ALGUERA,

        Plaintiff,

  v.

US BANK, et al.,

        Defendants.
                                    /

No. CV- 11 - 4693 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED for failure to prosecute.


Dated: December 1, 2011                                        Richard W. Wieking, Clerk

                                                                                *Tracy Lucero*

                                                                              By: <u>Tracy Lucero</u>
                                                                              <u>Deputy Clerk</u>