IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDUARDO ALGUERA,

        Plaintiff,

v.

US BANK, et al.,

        Defendants.

        /

No. CV- 11 - 4693 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED for failure to prosecute.

Dated: December 1, 2011                          Richard W. Wieking, Clerk

                                                          *Tracy Lucero*

                                                          By: Tracy Lucero
                                                          Deputy Clerk